# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas R. W., | Civil No. 18-cv-3041 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Andrew Saul, Commissioner of Social Security, | |
| Defendant. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 3, 2019 [Doc. No. 18], along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [Doc. No. 11] is **DENIED**; and

2. Commissioner's Motion for Summary Judgment [Doc. No. 14] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  October 21, 2019        s/Susan Richard Nelson
                               SUSAN RICHARD NELSON
                               United States District Judge